# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

LAVAR T. RODGERS,  1:19-cv-16612 (NLH)

        Petitioner,  **MEMORANDUM OPINION & ORDER**

  v.

BRUCE DAVIS, et al.,

        Defendants.

**APPEARANCES**:

Gurbir S. Grewal, New Jersey Attorney General
Regina M. Oberholzer, Deputy Attorney General
Office of the Attorney General
Division of Criminal Justice
PO Box 085
Trenton, NJ 08625
    Attorneys for Respondent

**HILLMAN, District Judge**

WHEREAS, on August 12, 2019, Petitioner Lavar T. Rodgers filed a petition for writ of habeas corpus under 28 U.S.C. § 2254, see ECF No. 1; and

WHEREAS, the Court ordered Respondent to answer the petition on November 27, 2019, see ECF No. 5; and

WHEREAS, Respondent moved for an extension of time until March 11, 2020 to file its answer, see ECF No. 6; and

THEREFORE, IT IS on this __14th__ day of January, 2020

ORDERED that Respondent's request for an extension of time, ECF No. 6, is granted. The answer is due March 11, 2020; and it

is finally

ORDERED that the Clerk shall serve a copy of this Order upon Petitioner by regular mail.


                                                s/ Noel L. Hillman
At Camden, New Jersey                NOEL L. HILLMAN, U.S.D.J.